**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6718

TYWANN D. SMITH,

Plaintiff - Appellant,

versus

RANDALL E. LEE; MICHAEL R. MILLS; NANCY B. HARDY; WILLIAM MAYO; LUTHER GLOVER, III; FLOYD HENDRICKS; DANIEL JONES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-01-67-5-BR)

Submitted: July 18, 2002       Decided: July 24, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tywann D. Smith, Appellant Pro Se. Buren Riley Shields, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tywann D. Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Lee, No. CA-01-67-5-BR (E.D.N.C. Mar. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED